PATRICK N. CHAPIN, ESQ.
Nevada Bar No. 004946
PATRICK N. CHAPIN, LTD.
129 Cassia Way
Henderson, Nevada 89014
(702) 433-7295
pat@chapinlaw.net
Attorney for Plaintiff
Star Nursery, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STAR NURSERY, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HAFIZUR KHAN, an individual,<br><br>    Defendant(s). | Case No. 2:24-cv-00951-JCM-MDC<br><br>**STIPULATION AND ORDER<br>TO DISMISS WITHOUT PREJUDICE** |

COMES NOW, Plaintiff Star Nursery, Inc. ("Star"), and Defendant Hafizur Khan ("Khan"), by and through their respective counsel of record, and hereby stipulate to dismiss this action, without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 12th day of August, 2024.               Dated this 12th day of August, 2024.

PATRICK N. CHAPIN, LTD.                            LEWIS BRISBOIS BISGAARD & SMITH

/s/ *Patrick N. Chapin*                            /s/ *Yilmaz E. Turkeri*
Patrick N. Chapin, Esq.                            Yilmaz E. Turkeri, Esq.
Attorney for Plaintiff                             Attorney for Defendant
STAR NURSERY, INC.                                 HAFIZUR KHAN

## ORDER

**IT IS SO ORDERED.**

Dated: August 13, 2024.

_____
UNITED STATES DISTRICT JUDGE